NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RILEY N. MITCHELL,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D17-5155
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
                                            )
_____ )

Opinion filed February 1, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Deana K. Marshall of Law Office of Deana
K. Marshall, P.A., Riverview, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and MORRIS, JJ., Concur.